IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GILLIAN VAN DIEN,

    Plaintiff,

  v.

                                        Case No. 20-cv-252-jdp

STATE OF WISCONSIN DEPARTMENT
OF HEALTH SERVICES,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant State of Wisconsin Department of Health Services against plaintiff Gillian Van Dien dismissing this case.

| _V. Olmo, Deputy Clerk_ | _7/9/2021_ |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |